WILLIAMS BRANCH CEMETERY ASSN. v.
    ABSALOM DILLINGHAM CEMETERY

No. 454P90

Case below: 99 N.C.App. 776

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.


PETITIONS TO REHEAR

JOHNSON v. RUARK OBSTETRICS

No. 177PA88

Case below: 327 N.C. 283

Petition by defendants to rehear denied 12 November 1990.

WILSON v. STATE FARM MUT. AUTO. INS. CO.

No. 45PA89

Case below: 327 N.C. 419

Petition by defendant (N. C. Farm Bureau) to rehear allowed 8 November 1990 with new brief on rehearing limited to whether this Court cited the wrong statutory provision, thereby making any resident of a covered person's household also a covered person, regardless of lawful possession or permission.